## KNISELY v. BURT.

(Circuit Court of Appeals, Fifth Circuit. February 14, 1918.)

No. 2957.

Courts ⊕⇒405(5)—Circuit Court of Appeals—Jurisdiction.

Where a demurrer was sustained to plaintiff's petition on the ground that the amount in controversy was below the jurisdictional amount for federal courts, the Circuit Court of Appeals has no jurisdiction to review the question on writ of error.

In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge.

Action by Genevieve B. Knisely against Angelo R. Burt. There was a judgment for defendant, and plaintiff brings error. Writ dismissed.

Henry L. Lazarus, Eldon S. Lazarus, and David Sessler, all of New Orleans, La., for plaintiff in error.

Henry L. Sarpy, of New Orleans, La., for defendant in error.

Before PARDEE, WALKER, and BATTS, Circuit Judges.

PER CURIAM. The court sustained an exception or demurrer to the plaintiff's petition on the ground that the amount sued for was less than is required to give the court jurisdiction of the suit. As the jurisdiction of the court was put in issue, and the case was disposed of by a decision of that issue in favor of the defendant, the judgment is not subject to be reviewed by this court on writ of error. United States v. Jahn, 155 U. S. 109, 15 Sup. Ct. 39, 39 L. Ed. 87.

The writ of error is dismissed.